# UNITED STATES BANKRUPTCY COURT

## EASTERN DIVISION OF MICHIGAN

## SOUTHERN DIVISION

**In the Matter of:**

RICKY ALLEN CAUDILL

Chapter 13
Case No. 14-54428
JUDGE THOMAS J. TUCKER

Debtor(s).

_____/

## ORDER CONFIRMING PLAN and LIFTING STAY AS TO FORD MOTOR CREDIT COMPANY FOR THE 2013 FORD EDGE

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the Plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED **that BABUT LAW OFFICES, P.L.L.C., attorney for the Debtor, shall file a fee application for all fees and costs. The Trustee shall escrow $3500.00 for this purpose.**

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ The Debtor(s) shall remit **100** % of all tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

☐ The Debtor(s)' Plan shall continue for no less than _____ months.

☐ The claim of _____ shall be paid in accordance with its duly filed claim unless otherwise ordered by the Court.

☒ The Debtor(s)' Plan payments shall be **$21.21 weekly effective July 16, 2015, until November 1, 2016 [when his first 401(k) loan is paid off], then $91.67 weekly until September, 1, 2017 [when his Chevy Truck loan is paid off], then $175.44 weekly until June 1, 2018 [when his second 401(k)**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**loan is paid off], then $241.20 Weekly until October 1, 2019 [when his third 401(K) loan is paid off], then $353.11 Weekly until the end of the Plan.**

☐ Creditor's rights to object to the last filed Amended Plan are preserved until

_____.

☒ Other:     **The Automatic Stay is lifted as to Ford Motor Credit Company, L.L.C. Any interest the Debtor has to the 2013 Ford Edge vehicle secured by a lease agreement with Ford Motor Credit Company is surrendered.**

**Objections Withdrawn**

For Creditor _____

For Creditor _____

Approved:

/s/ Tammy L. Terry                                    **/s/ Thomas Paluchniak**
TAMMY L. TERRY (P46254)                      **Thomas Paluchniak P70284**
Chapter 13 Standing Trustee                   **BABUT LAW OFFICE, P.L.L.C.**
535 Griswold, Suite 2100                        Attorney for Debtor(s)
Detroit, MI 48226                                     700 Towner Street
(313) 967-9857                                        Ypsilanti, MI 48198
                                                              (734) 485-7000
                                                              tpaluchniak@babutlaw.com

.

**Signed on July 22, 2015**

_____/s/ Thomas J. Tucker_____
Thomas J. Tucker
United States Bankruptcy Judge

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy